3

United States District Court
Southern District of Texas
FILED

JUN 03 2003

Michael N Milby Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

United States District Court
Southern District of Texas
ENTERED

JUN 05 2003

Michael N. Milby, Clerk of Court



| | | |
|---|---|---|
| Victor Hugo Camarillo<br>    Petitioner | § § § § | |
| vs. | § § | CIVIL ACTION NUMBER<br>M-03-101 |
| Phillip Tutak, Interim Director<br>Bureau of Immigration and<br>Customs Enforcement (BICE)<br>    Respondent | § § § § § | B-03-181 |

### O R D E R

This case has been referred to the undersigned.[1] The court will convene a status conference on <u>July 8, 2003</u>, at <u>3:30 p.m.</u> <u>The Bureau of Immigration and Customs Enforcement is instructed to provide Petitioner with telephonic access at said date and time, in order that he may participate in the conference.</u>

The clerk shall send a copy of this order by certified mail (return receipt) to the following:

- Petitioner's counsel;

- the United States Attorney;

- Phillip Tutak, B.I.C.E. Interim District Director, 2102 Teege Avenue, Harlingen, TX 78550; and

- Officer-in-Charge, Port Isabel Service Processing Center, Route 3, Box 341, Buena Vista Road, Los

---

[1] This fact is indicated by the docket records of the U.S. District Clerk.