AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern  District of  Texas

Victor Hugo Camarillo    A70 793 304

V.

Phillip Tutak, Interim Director Of BICE

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: M-03-101

B-03-181

United States District Court
Southern District of Texas
FILED

JUN 1 0 2003    MIC

Michael N. Milby, Clerk

TO: (Name and address of Defendant)

Phillip Tutak
Interim Director of Bureau of Immigration and Customs
Enforcement (BICE)
2102 Teege Av.
Harlingen, TX 78550

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Anthony Matulewicz
Matulewicz & Associates, P.C.
3503 W. Alberta Road
Edinburg, TX 78539

an answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael N. Milby, Clerk         May 5, 2003
CLERK                           DATE

(By) DEPUTY CLERK

Fresnos, Texas 78566.

**SIGNED** at McAllen, Texas, on June 3rd, 2003.

                                                   _____
                                                     Dorina Ramos
                                        UNITED STATES MAGISTRATE JUDGE

• AC 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE | 6/6/03 |
| NAME OF SERVER (PRINT) NORMA ACOSTA | TITLE | PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

G  Served personally upon the defendant. Place where served: 1707 Zoy Harlingen, TX, 78550

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

G  Returned unexecuted: _____

G  Other (specify): _____

| STATEMENT OF SERVICE FEES | | | | |
|---|---|---|---|---|
| TRAVEL Harlingen, TX | SERVICES Citation | | TOTAL | 65.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 6/6/03
Date

Signature of Server: Norma Acosta

Address of Server: 1607 Ouest #A1 McAllen, TX 78501

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.