# UNITED STATES DISTRICT COURT

Southern District of Texas

Victor Hugo Camarillo    A70 793 304

V.

Phillip Tutak, Interim Director Of BICE

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: M-03-101

B-03-181

United States District
Southern District of Texas
FILED

JUN 1 0 2003  MLC

Michael N. Milby, Clerk

TO: (Name and address of Defendant)

Phillip Tutak
Interim Director of Bureau of Immigration and Customs
Enforcement (BICE)
2102 Teege Av.
Harlingen, TX 78550

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Anthony Matulewicz
Matulewicz & Associates, P.C.
3503 W. Alberta Road
Edinburg, TX 78539

an answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael N. Milby, Clerk    May 5, 2003

CLERK    DATE

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 6/6/03 |
| NAME OF SERVER (PRINT) NORMA ACOSTA | TITLE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: 2102 Jeege Ave, 17/17 20Y Harlingen, Tx, 78550

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL Harlingen, Tx. | SERVICES | TOTAL 65.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/6/03
Date

Signature of Server: Norma Acosta

Address of Server: 1604 Awocet #A1 McAllen, Tx 78501

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.