6

United States District Cour
Southern District of Texas

Jun 1 2 2003

Michael N. Milby, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| VICTOR HUGO CAMARILLO, | ) | |
| | ) | **B-03-181** |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | M-03-101 |
| PHILLIP TUTAK, INTERIM DISTRICT | ) | |
| DIRECTOR, BUREAU OF IMMIGRATION | ) | |
| & CUSTOMS ENFORCEMENT | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

RESPONDENT'S CERTIFICATE OF THOSE
FINANCIALLY INTERESTED IN THE
OUTCOME OF THIS LITIGATION

COMES NOW the Respondent, by and through Michael T. Shelby,

United States Attorney for the Southern District of Texas, and,

files this certificate of those financially interested in the

outcome of this litigation.

The respondent is not aware of any persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities financially interested in the outcome of this litigation.

Respectfully submitted,

MICHAEL T. SHELBY
United States Attorney
Southern District of Texas

LISA M. PUTNAM
Special Assistant U.S. Attorney
P.O. Box 1711
Harlingen, Texas 78551
Tel:  (956) 389-7051
Georgia Bar No. 590315
Federal Bar No. 23937

June 4, 2003

2

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Respondent's Certificate of Those Financially Interested in the Outcome of This Litigation was mailed via first class mail, postage prepaid to:

> Anthony Matulewicz, Esquire
> MATULEWICZ & ASSOCIATES, P.C.
> 3503 W. Alberta Rd.
> Edinburg, TX  78539

on this 4th day of June, 2003.


LISA M. PUTNAM
Special Assistant United States Attorney