IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| VICTOR HUGO CAMARILLO ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| VS. ) | CIVIL ACTION NO. |
| ) | M-03-101 |
| PHILLIP TUTAK, INTERIM DISTRICT ) | |
| DIRECTOR, BUREAU OF IMMIGRATION ) | B-03-181 |
| & CUSTOMS ENFORCEMENT ) | |
| ) | |
| Respondent. ) | |
| ) | |

**PETITONER, VICTOR HUGO CAMARILLO
UNOPPOSSED MOTION FOR CONTINUANCE**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Petitioner VICTOR HUGO CAMARILLO, in the above numbered and styled cause and hereby makes this its Motion for Continuance and in support thereof would show unto the Court the following:

**I.**

This case is currently set for a conference hearing on July 10, 2003.

**II.**

Counsel for Petitioner has scheduled his vacation oversees from July 4, 2003 through July 19, 2003. In fact counsel for petitioner will be in South America for that whole period. Counsel made arrangements for that vacation since March 2003. Pursuant to rules of fair play and the Texas Lawyers Creed counsel requests this continuance.

## III.

Counsel conferred with opposing counsel and there is no opposition for this Motion for Continuance.

The undersigned attorney respectfully requests that the Court grant this Motion for Continuance and reset this matter for trial on a date convenient to the Court and all parties herein.

WHEREFORE, PREMISES CONSIDERED, this Petitioner respectfully requests that the Court grant this Motion for Continuance and reset this matter for a date certain on a day and time convenient to the Court and to all parties; and for any and all further relief that this Petitioner may show itself justly entitled.

Respectfully submitted,

ANTHONY MATULEWICZ
**Matulewicz & Associates, P.C.**
3503 W. Alberta Road
Edinburg, Texas 78539
(956)972-0330 (telephone)
(956)972-0353 (facsimile)

## CERTIFICATE OF CONFERENCE

I hereby certify that on this the 30th day of June, 2003, Counsel for Petitioner had a conference call with Special Assistant U.S. Attorney Lisa Putnam and there is no opposition to the Motion for Continuance.

ANTHONY MATULEWICZ
**Matulewicz & Associates, P.C.**
3503 W. Alberta Road
Edinburg, Texas 78539
(956)972-0330 (telephone)
(956)972-0353 (facsimile)

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing was served upon the Defendant by first class mail:

Lisa M. Putnam
Georgia Bar No. 590315
Special Assistant U.S. Attorney
Department of Homeland Security
Office of the Chief Counsel
P.O. Box 1711
Harlingen, Texas  78751
Phone: (956) 389-7051
Fax: (956)389-7057

On this Tuesday, July 01, 2003

_____
Anthony Matulewicz

The respondent is not aware of any persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities financially interested in the outcome of this litigation.

Respectfully submitted,

MICHAEL T. SHELBY
United States Attorney
Southern District of Texas

LISA M. PUTNAM
Special Assistant U.S. Attorney
P.O. Box 1711
Harlingen, Texas 78551
Tel: (956) 389-7051
Georgia Bar No. 590315
Federal Bar No. 23937

June 4, 2003

2

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Respondent's Certificate of Those Financially Interested in the Outcome of This Litigation was mailed via first class mail, postage prepaid to:

>Anthony Matulewicz, Esquire
>MATULEWICZ & ASSOCIATES, P.C.
>3503 W. Alberta Rd.
>Edinburg, TX 78539

on this 4th day of June, 2003.

_____
LISA M. PUTNAM
Special Assistant United States Attorney

3