

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| VICTOR HUGO CAMARILLO, | )<br>)<br>) |
| Petitioner, | )<br>)<br>) |
| v. | ) CIVIL ACTION NO.<br>) M-03-101 |
| PHILLIP TUTAK, INTERIM DISTRICT<br>DIRECTOR, BUREAU OF IMMIGRATION<br>& CUSTOMS ENFORCEMENT | )<br>) B-03-181<br>)<br>) |
| Respondent. | )<br>)<br>) |

**PETITIONER'S CERTIFICATE OF THOSE
FINANCIALLY INTERESTED IN THE
OUTCOME OF THIS LITIGATION**

COMES NOW the Petitioner, by and through Michael T. Shelby, United States Attorney for the Southern District of Texas, and, files this certificate of those financially interested in the outcome of this litigation.

The petitioner is not aware of any persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities financially interested in the outcome of this litigation.

Respectfully submitted,

MICHAEL T. SHELBY
United States Attorney
Southern District of Texas

_____
Anthony Matulewicz
Matulewicz & Associates, P.C.
3503 W. Alberta Rd.
Edinburg, TX 78539
Phone (956) 972-0330
Fax (956) 972-0353
Federal Id. Number 15710
State Bar Number 13234358

July 0⁄, 2003
am-

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Petitioner's Certificate of Those Financially Interested in the Outcome of This Litigation was mailed via first class mail, postage prepaid to:

        Lisa M. Putnam
        Special Assistant U. S. Attorney
        P.O. Box 1711
        Harlingen, Texas 78551

on this 1st day of July, 2003.

_____
Anthony Matulewicz
Matulewicz & Associates, P.C.