United States District Court
Southern District of Texas
FILED

JUL 01 2003

Michael N. Milby, Clerk

United States District Court
Southern District of Texas
ENTERED

JUL 03 2003

Michael N. Milby, Clerk of Court

UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| VICTOR HUGO CAMARILLO | § | |
| versus | § | CIVIL ACTION No. M-03-CV-101 |
| PHILLIP TUTAK, ET AL | § | |

B-03-181

ORDER STRIKING DOCUMENT

The Clerk has filed your <u>Motion for Continuance (D.E. #7)</u>; however, it is deficient as checked. (L.R. refers to the Local Rule of this District).

1. ☐ Document is not signed (L.R. 11.3).
2. ☐ Document does not comply with L.R.11.3.A.
3. ☐ Caption of the document is incomplete (L.R.10.1).
4. ☐ No certificate of service or explanation why service is not required (L.R. 5.4).
5. ☑ Motion does not comply with L.R.7
   a. ☐ No statement of opposition or non-opposition (L.R. 7.2).
   b. ☐ No statement of conference between counsel ((L.R. 7.1.D(1)).
   c. ☑ No separate proposed order attached (L.R. 7.1.C).
6. ☐ Motion to consolidate does not comply with L.R.7.6.
7. ☐ Other: _____

The document is stricken from the record.

Date: 7/1/03

_____
HONORABLE DORINA RAMOS,
UNITED STATES MAGISTRATE JUDGE