11

United States District Court
Southern District of Texas
FILED
JUL 0 7 2003
Michael N. Milby, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| VICTOR HUGO CAMARILLO<br><br>Petitioner,<br><br>VS.<br><br>PHILLIP TUTAK, INTERIM DISTRICT DIRECTOR, BUREAU OF IMMIGRATION & CUSTOMS ENFORCEMENT<br><br>Respondent. | ) | CIVIL ACTION NO.<br>M-03-101<br><br>B-03-181 |

**PETITONER, VICTOR HUGO CAMARILLO**
**UNOPPOSSED MOTION FOR CONTINUANCE**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Petitioner VICTOR HUGO CAMARILLO, in the above numbered and styled cause and hereby makes this its Motion for Continuance and in support thereof would show unto the Court the following:



**I.**

This case is currently set for a conference hearing on July 10,2003.

**II.**

Counsel for Petitioner has scheduled his vacation oversees from July 4, 2003 through July 19, 2003. In fact counsel for petitioner will be in South America for that whole period. Counsel made arrangements for that vacation since March 2003. Pursuant to rules of fair play and the Texas Lawyers Creed counsel requests this continuance.

III.

Counsel conferred with opposing counsel and there is no opposition for this Motion for Continuance.

The undersigned attorney respectfully requests that the Court grant this Motion for Continuance and reset this matter for trial on a date convenient to the Court and all parties herein.

WHEREFORE, PREMISES CONSIDERED, this Petitioner respectfully requests that the Court grant this Motion for Continuance and reset this matter for a date certain on a day and time convenient to the Court and to all parties; and for any and all further relief that this Petitioner may show itself justly entitled.

Respectfully submitted,

**ANTHONY MATULEWICZ**
**Matulewicz & Associates, P.C.**
3503 W. Alberta Road
Edinburg, Texas 78539
(956)972-0330 (telephone)
(956)972-0353 (facsimile)

**CERTIFICATE OF CONFERENCE**

I hereby certify that on this the 30th day of June, 2003, Counsel for Petitioner had a conference call with Special Assistant U.S. Attorney Lisa Putnam and there is no opposition to the Motion for Continuance.

**ANTHONY MATULEWICZ**
**Matulewicz & Associates, P.C.**
3503 W. Alberta Road
Edinburg, Texas 78539
(956)972-0330 (telephone)
(956)972-0353 (facsimile)

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing was served upon the Defendant by first class mail:

Lisa M. Putnam
Georgia Bar No. 590315
Special Assistant U.S. Attorney
Department of Homeland Security
Office of the Chief Counsel
P.O. Box 1711
Harlingen, Texas 78751
Phone: (956) 389-7051
Fax: (956)389-7057

On this Thursday, July 08, 2003

Anthony Matulewicz