United States District Court
Southern District of Texas
FILED

JUL 07 2003

Michael N Milby Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

United States District Court
Southern District of Texas
ENTERED

JUL 08 2003

Michael N. Milby, Clerk of Court

| | |
|---|---|
| VICTOR HUGO CAMARILLO, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | M-03-101 |
| PHILLIP TUTAK, INTERIM DISTRICT ) | |
| DIRECTOR, BUREAU OF IMMIGRATION ) | B-03-181 |
| & CUSTOMS ENFORCEMENT ) | |
| ) | |
| Respondent. ) | |

### ORDER GRANTING PETITIONERS'S UNOPPOSED
### MOTION FOR CONTINUANCE

BE IT REMEMBERED that Petitioner VICTOR HUGO CAMARILLO Motion For Continuance came on to be heard and the Court finds the Motion to be well-founded, and having been duly and properly filed and presented, and the Court being of the opinion that said Motion should be granted;

IT IS THEREFORE, ORDERED, ADJUDGED and DECREED that said Motion be granted and that this case is hereby set for a rol Conference Hearing on the 29th day of July, 2003, at 3:30 o'clock p.m.

SIGNED on this 7th day of July, 2003.

*Donna Ramos*
Magistrate JUDGE PRESIDING