14

United States District Court
Southern District of Texas
FILED

JUL 28 2003

Michael N. Milby, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| VICTOR HUGO CAMARILLO, ) | |
| ) | |
| Petitioner, ) | |
| ) | B-03-181 |
| v. ) | CIVIL ACTION NO. |
| ) | M-03-101 |
| PHILLIP TUTAK, INTERIM DISTRICT ) | |
| DIRECTOR, BUREAU OF IMMIGRATION ) | |
| & CUSTOMS ENFORCEMENT ) | |
| ) | |
| Respondent. ) | |

PETITIONER'S CERTIFICATE OF THOSE
FINANCIALLY INTERESTED IN THE
OUTCOME OF THIS LITIGATION

COMES NOW the Petitioner, by and through Anthony Matulewicz, Attorney for

Petitioner, files this certificate of those financially interested in the outcome of this litigation.

The petitioner is not aware of any persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities financially interested in the outcome of this litigation.

Respectfully submitted,

_____
Anthony Matulewicz
Matulewicz & Associates, P.C.
3503 W. Alberta Rd.
Edinburg, TX 78539
Phone (956) 972-0330
Fax (956) 972-0353
Federal Id. Number 15710
State Bar Number 13234358

July 28, 2003

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Petitioner's Certificate of Those Financially Interested in the Outcome of This Litigation was mailed via first class mail, postage prepaid to:

>Lisa Putnam
>Special Assistant U. S. Attorney
>P.O. Box 1711
>Harlingen, Texas 78551

on this 28 day of July, 2003.

_____
Anthony Matulewicz