**MAGISTRATE'S CIVIL MINUTES**

HONORABLE **DORINA RAMOS**, PRESIDING
LAW CLERK Not present
DEPUTY CLERK Lupita Corbett
ERO   Candy Jones
CSO
OPEN 3:25 PM - 3:29 PM

United States District Court
Southern District of Texas
FILED

JUL 29 2003

Michael N. Milby Clerk

DATE July 29, 2003

*****************************************************************

CASE NO. M-03-101   B-03-181

VICTOR HUGO CAMARILLO          §   PETER THADDEUS, JR., ATTY
                               §
VS                             §
                               §
PHILLIP TUTAK, INTERIM DISTRICT §  LISA M. PUTMAN, ATTY
DIRECTOR OF BUREAU OF IMMIGRATION §
AND CUSTOMS ENFORCEMENT        §

*****************************************************************

**STATUS HEARING**

Case called on the docket for status hearing. Parties present and ready. Court GRANTED Mr. Thaddeus' oral motion to appear for Mr. Matuliwicz. Petitioner requested more time for discovery. Petitioner advised to respond to Respondent's motion to dismiss by August 15, 2003. Hearing on Respondent's motion to dismiss set for August 27, 2003, at 3:30 p.m. Court adjourned.