*16*

United States District Court
Southern District of Texas
FILED

AUG 15 2003

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

VICTOR HUGO CAMARILLO,        )
                              )
        Petitioner,           )
                              )
v.                            )          B-03-181
                              )
PHILLIP TUTAK, INTERIM DISTRICT )        CIVIL ACTION NO.
DIRECTOR, BUREAU OF IMMIGRATION )        M-03-101
& CUSTOMS ENFORCEMENT         )
                              )
        Respondent.           )
_____)

**PETITIONER'S ANSWER TO REPONDENT'S MOTION TO DISMISS
PETITION FOR WRIT OF HABEAS CORPUS**

COMES NOW the Petitioner, by and through Anthony Matulewicz, and files this

answer to petitioner's motion to dismiss petition for writ of habeas corpus.

**STATEMENT OF FACTS**

The Respondent's statement of facts are admitted and incorporated in this

document. However, Petitioner's father filed a Petition for Alien Relative (Form I-130)

on May 18, 1992. This petition is attached as Exibit A and is hereby incorporated.

Although, Respondent's position is that based on his conviction of May 29, 1996, Mr.

Camarillo is removable from the United States pursuant to either §212(a) (2) (A) (i) (II)

of the Act, 8 U.S.C. §1182 (a) (2) (A) (i) (II), for a violation of a law relating to a

controlled substance, or §237 (a) (2) (B) of the Act, 8 U.S.C. §1227 (a) (2) (B), for a

violation of a law relating to a controlled substance, and §237 (a) (2) (A) (iii) of the Act,

8 U.S.C. §1227 (a) (2) (A) (iii), for an aggravated felony; when Mr. Camarillo was placed

in expedited removal proceedings the Deciding Service Officer failed to see that Mr.

Camarillo had an I-130 pending. In fact, through the Freedom of Information Act



Request, Mr. Camarillo discovered that the pending I-130 was not in his administrative file.

## II. EXPEDITED REMOVAL PROCEEDINGS DO VIOLATE CAMARILLO'S RIGHT TO DUE PROCESS

Mr. Camarillo may qualify for a waiver under the INA §212(h), 8 U.S.C. 1182(h); the waiver forgives several of the criminal grounds of inadmissibility. It waives inadmissibility for a crime involving moral turpitude, a single conviction of possession of thirty grams or less of marijuana, multiple criminal convictions, prostitution, and offenses by diplomats asserting immunity from prosecution for serious criminal activities. The Board has the authority to grant a §212(h) waiver in removal proceedings to cure a ground of inadmissibility that existed when the respondent was last admitted to the United States. Prior to the IIRAIRA, a waiver under §212(h) was available to a respondent charged under the moral turpitude grounds of deportability for conviction that took place after the respondent last entered the United States. A §212(h) waiver would still be available to an otherwise eligible respondent in removal proceedings. In *Bull v. INS,* 790 F.2d 869 (11th Cir. 1986) (per curiam) the court determined that a person who has not left or reentered the United States is not eligible for a §212(h) waiver unless he or she is otherwise admissible as an applicant for adjustment of status.

Respondent's contention that Camarillo's due process argument should be rejected since Camarillo cannot show any prejudice as a result of being placed in expedited removal proceedings, is not accurate. Camarillo may benefit from a §212(h) waiver that may grant him Legal Permanent Resident Status. This can only be accomplished if Camarillo is placed in removal proceedings in front of an Immigration Judge. Failure to do so will cause Camarillo irrepairable harm. On the other hand, Respondent will not be prejudice if Camarillo is placed in removal proceedings since Respondent has every single right to appeal any single decision by an Immigration Judge.

If Camarillo is administratively removed he will not have a chance to plea his case through removal proceedings and this is a violation of due process.

## CONCLUSION

For the foregoing reasons, the petition for writ of habeas corpus should be granted and Mr. Camarillo should be placed in removal proceedings before an Immigration Judge to determine if he is eligible for adjustment of status.

Respectfully submitted,

ANTHONY MATULEWICZ, ESQUIRE
3503 W. Alberta Road
Edinburg, Texas 78539
Tel: (956) 972-0330
State Bar No. 13234358
Federal Bar No. 15710

August 15, 2003

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Petitioner's Answer to Respondent's Motion To Dismiss Petition For Writ Of Habeas Corpus was mailed via first class mail, postage prepaid to:

> Lisa Putnam
> Special Assistant U.S. Attorney
> P.O. Box 1711
> Harlingen, Texas 78551

on this 15th day of August, 2003.

ANTHONY MATULEWICZ, ESQ.

# EXIBIT
# "A"

U.S. Department of Justice
Immigration and Naturalization Service

Petition for Alien Relative

| DO NOT WRITE IN THIS BLOCK - FOR EXAMINING OFFICE ONLY | | |
|---|---|---|
| Case ID# | Action Stamp | Fee Stamp |
| A# | | |
| G-28 or Volag # | | SRC 91 274 00521 |

**Section of Law**
- ☐ 201 (b) spouse
- ☐ 201 (b) child
- ☐ 201 (b) parent
- ☐ 203 (a)(1)
- ☐ 203 (a)(2)
- ☐ 203 (a)(4)
- ☐ 203 (a)(5)

AM CON. _____

Petition was filed on: _____ (priority date) _____
- ☐ Personal Interview
- ☐ Pet. ☐ Ben. "A" File Reviewed
- ☐ Field Investigations
- ☐ 204 (a)(2)(A) Resolved
- ☐ Previously Forwarded
- ☐ Stateside Criteria
- ☐ I-485 Simultaneously
- ☐ 204 (h) Resolved

Remarks:

## A. Relationship

1. The alien relative is my
- ☐ Husband/Wife
- ☐ Parent
- ☐ Brother/Sister
- ☒ Child

2. Are you related by adoption?
- ☒ No
- ☐ Yes

3. Did you gain permanent residence through adoption?
- ☐ Yes
- ☒ No

## B. Information about you

1. Name (Family name in CAPS) (First) (Middle)
Camarillo-Alvarez J.   Luz

2. Address (Number and Street) (Apartment Number)
P.O. Box #410
(Town or City) Rio Hondo (State/Country) Texas (ZIP/Postal Code) 78583

3. Place of Birth (Town or City) (State/Country)
San Felipe Guanajuato Mexico

4. Date of Birth (Mo/Day/Yr) 5-20-31
5. Sex ☒ Male ☐ Female
6. Marital Status ☒ Married ☐ Single ☐ Widowed ☐ Divorced

7. Other Names Used (including maiden name)
N-A

8. Date and Place of Present Marriage (if married)
6-16-68 - San Felipe Guanajuato

9. Social Security Number 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
10. Alien Registration Number (if any) A-091294636

11. Names of Prior Husbands/Wives N-A
12. Date(s) Marriages(s) Ended N-A

13. If you are a U.S. citizen, complete the following:
My citizenship was acquired through (check one)
- ☐ Birth in the U.S.
- ☐ Naturalization (Give number of certificate, date and place it was issued) N-A
- ☐ Parents
  Have you obtained a certificate of citizenship in your own name?
  - ☐ Yes ☐ No
  If "Yes," give number of certificate, date and place it was issued
  N-A

14a. If you are a lawful permanent resident alien, complete the following:
Date and place of admission for, or adjustment to, lawful permanent residence, and class of admission:
5-12-88 - Harl, TX

14b. Did you gain permanent resident status through marriage to a United States citizen or lawful permanent resident? ☐ Yes ☒ No

## C. Information about your alien relative

1. Name (Family name in CAPS) (First) (Middle)
Camarillo   Victor   Hugo

2. Address (Number and Street) (Apartment Number)
P.O. Box #410
(Town or City) Rio Hondo (State/Country) Texas (ZIP/Postal Code) 78583

3. Place of Birth (Town or City) (State/Country)
Ejidoban Herman Mexico

4. Date of Birth (Mo/Day/Yr) 04-18-70
5. Sex ☒ Male ☐ Female
6. Marital Status ☐ Married ☒ Single ☐ Widowed ☐ Divorced

7. Other Names Used (including maiden name)
N-A

8. Date and Place of Present Marriage (if married)
N-A

9. Social Security Number 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
10. Alien Registration Number (if any) None

11. Names of Prior Husbands/Wives N-A
12. Date(s) Marriages(s) Ended N-A

13. Has your relative ever been in the U.S.? ☒ Yes ☐ No

14. If your relative is currently in the U.S., complete the following: He or she last arrived as a (visitor, student, stowaway, without inspection, etc.)
E-W.T
Arrival/Departure Record (I-94) Number ____ Date arrived (Month/Day/Year) 8-01-88
Date authorized stay expired, or will expire, as shown on Form I-94 or I-95
N-A

15. Name and address of present employer (if any)
N-A
Date this employment began (Month/Day/Year)
N-A

16. Has your relative ever been under immigration proceedings?
- ☐ Yes ☒ No Where ____ When ____
- ☐ Exclusion ☐ Deportation ☐ Recission ☐ Judicial Proceedings

| | INITIAL RECEIPT | RESUBMITTED | RELOCATED | | COMPLETED | | |
|---|---|---|---|---|---|---|---|
| | | | Rec'd | Sent | Approved | Denied | Returned |

Form I-130 (Rev. 10/01/89) Y

**6.** List husband/wife and all children of your relative. (If your relative is your husband/wife, name his/her children.)

| (Name) | (Relationship) | (Date of Birth) | (Country of Birth) |
|---|---|---|---|
| NONE | | | |
| | | X | |

**17.** Address in the United States where your relative intends to live

| (Number and Street) | (Town or City) | (State) |
|---|---|---|
| P.O. BOX #410 | Rio Hondo | Texas |

**18.** Your relative's address abroad

| (Number and Street) | (Town or City) | (Province) | (Country) | (Phone Number) |
|---|---|---|---|---|
| N-A | | | | |

**19.** If your relative's native alphabet is other than Roman letters, write his or her name and address abroad in the native alphabet:

| (Name) | (Number and Street) | (Town or City) | (Province) | (Country) |
|---|---|---|---|---|
| N-A | | | | |

**20.** If filing for your husband/wife, give last address at which you both lived together:

| (Name) | (Number and Street) | (Town or City) | (Province) | (Country) | From (Month) (Year) | To (Month) (Year) |
|---|---|---|---|---|---|---|
| P.O. N-A | | | | | | |

**21.** Check the appropriate box below and give the information required for the box you checked:

☐ Your relative will apply for a visa abroad at the American Consulate in _____ (City) _____ (Country)

☒ Your relative is in the United States and will apply for adjustment of status to that of a lawful permanent resident in the office of the Immigration and Naturalization Service at **Harlingen    Texas**. If your relative is not eligible for adjustment of status, he or she will
   (City)         (State)

apply for a visa abroad at the American Consulate in **Ciudad Juarez, Chihuahua, Mexico**
   (City)         (Country)

(Designation of a consulate outside the country of your relative's last residence does not guarantee acceptance for processing by that consulate. Acceptance is at the discretion of the designated consulate.)

## D. Other Information

**1.** If separate petitions are also being submitted for other relatives, give names of each and relationship.

**2.** Have you ever filed a petition for this or any other alien before? ☐ Yes  ☒ No
If "Yes," give name, place and date of filing, and result.

**Warning:** The INS investigates claimed relationships and verifies the validity of documents. The INS seeks criminal prosecutions when family relationships are falsified to obtain visas.

**Penalties:** You may, by law, be imprisoned for not more than five years, or fined $250,000, or both, for entering into a marriage contract for the purpose of evading any provision of the immigration laws and you may be fined up to $10,000 or imprisoned up to five years or both, for knowingly and willfully falsifying or concealing a material fact or using any false document in submitting this petition.

**Your Certification:** I certify, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct. Furthermore, I authorize the release of any information from my records which the Immigration and Naturalization Service needs to determine eligibility for the benefit that I am seeking.

(Signature) _Mary Consuelo Abrego_  Date **5-18-92**  Phone Number **512-448-3151**

### Signature of Person Preparing Form If Other than Above

I declare that I prepared this document at the request of the person above and that it is based on all information of which I have any knowledge.

Print Name _____ (Address) _____ (Signature) _____ (Date) _____

G-28 ID Number _____

Volag Number _____



ALIEN REGISTRATION RECEIPT CARD
PERSON IDENTIFIED BY THIS CARD IS ENTITLED TO RESIDE PERMANENTLY AND WORK IN THE U.S.

TEMP RES ADJ DATE - 051288

S26 HLG 901201 582    1227822019

A1USA091294636<01<9109<<<<<<<<
3105205M0109109<<<<<<208CA3890
CAMARILLO<ALVAREZ<<J<LUZ<<<<<<

Transitional Immigrant Visa Processing Center
1401 Wilson Blvd., Suite 700
Arlington, VA 22209

July 31, 1992

VICTOR HUGO CAMARILLO LUNA
PO BOX 410
RIO HONDO TX 78583

Dear VICTOR HUGO CAMARILLO LUNA:

The enclosed information pertains to your interest in immigrating to the United States of America. The information concerning your registration is noted at the end of the letter.

Unfortunately, visa numbers are not presently available for your use. You will be notified when further consideration can be given to processing your application for immigration. The reason for this delay is that there are more applicants for visas than there are immigrant visa numbers available under the limitation prescribed by law. For some visa categories, for example F3 or F4, this delay could be many years. Should you wish to know which priority dates are currently being processed, you may call the State Department's Visa Office at (202) 663-1541.

You are cautioned that you MUST NOT make any firm plans, such as disposing of property, giving up jobs, or making travel arrangements at this time. We have no way of predicting when it will be possible to proceed with your immigrant visa application.

You need not check with us further unless you need to report a change of address or a change in your personal situation which may affect your entitlement to an immigrant visa.

We will keep your case on file until further action is possible. When communicating with this office, either by telephone or letter, you must ALWAYS refer to your name and case number exactly as they appear below.

Case Number:            CDJ – 1992708627
PA Name:                CAMARILLO LUNA, VICTOR HUGO
Preference Category:    F2B
Your priority date:     05 June 1992

Presently Processing Priority Dates Before: 15 December 1989

REMINDER: IT IS VERY IMPORTANT TO KEEP THIS OFFICE INFORMED OF YOUR CURRENT ADDRESS.