United States District Court
Southern District of Texas
FILED

AUG 27 2003

Michael N Milby Clerk

United States District Court
Southern District of Texas
ENTERED

AUG 29 2003

Michael N. Milby, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| Victor Hugo Camarillo<br>    Petitioner | § § § § | |
| vs. | § § § | CIVIL ACTION NUMBER<br>M-03-101<br>B-03-181 |
| Phillip Tutak, Interim Director<br>Bureau of Immigration and<br>Customs Enforcement (BICE)<br>    Respondent | § § § § | |

## MINUTE ENTRY

By agreement of the parties, the hearing on Respondent's dismissal motion, which was scheduled for today, is CANCELLED. (See Docket Entries #13, 15.)

This case will be taken under submission by the court on the written record on September 17, 2003.

The clerk shall send a copy of this minute entry by certified mail (return receipt) to counsel.

**SIGNED** at McAllen, Texas, on August 27th, 2003.

_____
Dorina Ramos
UNITED STATES MAGISTRATE JUDGE

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | 03CV101 |
| Return Receipt Fee (Endorsement Required) | 8-29-03 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To: Lisa Putnam
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

PS Form 3800, June 2002           See Reverse for Instructions

7003 0500 0004 6437 8920

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ CV |
| Certified Fee | 03-101 |
| Return Receipt Fee (Endorsement Required) | 8-29-03 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To: Anthony Matulewicz
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

PS Form 3800, June 2002           See Reverse for Instructions

7003 0500 0004 6437 8937

COMPLETE THIS SECTION

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you. (#17)
■ Attach this card to the back of the mailpiece, or on the front if space permits. (2 OF 3)

1. Article Addressed to: 03CV101

Anthony Matulewicz
Matulewicz Assoc.
___ W. Alberta Rd.
___burg, TX 78539

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X Wayne Ashby    ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
Mayra D. de la G...    9-3-03

D. Is delivery address different from item 1?  ☐ Yes  ☐ No
If YES, enter delivery address below:

3. Service Type
☑ Certified Mail  ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number: 7003 0500 0004 6437 8937

PS Form 3811, August 2001   Domestic Return Receipt

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | 03CV101 |
| Return Receipt Fee (Endorsement Required) | 8-29-03 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To: Michael T. Shelby
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

PS Form 3800, June 2002           See Reverse for Instructions

7003 0500 0004 6437 8944

COMPLETE THIS SECTION

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you. (#17)
■ Attach this card to the back of the mailpiece, or on the front if space permits. (3 OF 3)

1. Article Addressed to: 03CV101

Michael T. Shelby
USA
P.O. Box 61129
Houston, TX 77208

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X ___    ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
2 MESA ?

D. Is delivery address different from item 1?  ☐ Yes  ☐ No
If YES, enter delivery address below:

3. Service Type
☑ Certified Mail  ☐ Express Mail
☐ Registered    ☑ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number: 7003 0500 0004 6437 8944

PS Form 3811, August 2001   Domestic Return Receipt