IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| VICTOR HUGO CAMARILLO, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | M-03-101 |
| PHILLIP TUTAK, INTERIM DISTRICT ) | |
| DIRECTOR, BUREAU OF IMMIGRATION ) | CAB-03-181 |
| & CUSTOMS ENFORCEMENT ) | |
| ) | |
| Respondent. ) | |

United States District Court
Southern District of Texas
FILED
OCT 0 7 2003
Michael N. Milby
Clerk of Court

STIPULATION OF DISMISSAL

TO THE COURT:

COMES NOW, Victor Hugo Camarillo Petitioner in the above styled civil action and making this Stipulation of Dismissal.

The Petitioner no longer wishes to pursue his claims hereby stipulates that this civil action may dismissed without prejudice to refilling. There are no cross actions or counterclaims pending. This Stipulation disposes all pending matter in this action.

Respectfully Submitted

ANTHONY MATULEWICZ, ESQUIRE
3503 W. Alberta Road
Edinburg, Texas 78539
Tel: (956) 972-0330
State Bar No. 13234358
Federal Bar No. 15710

CERTIFICATE OF CONFERENCE

I, Anthony Matulewicz, attorney in charge for the Petitioner certifie that I have conferred with all known counsel of record and they are not opposed to this Stipulation of Dismissal.

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Petitioner's Stipulated Dismissal was mailed via first class mail, postage prepaid to:

>Lisa Putnam
>Special Assistant U.S. Attorney
>P.O. Box 1711
>Harlingen, Texas  78551

on this 7th day of Octobert, 2003.


ANTHONY MATULEWICZ, ESQ.