United States District Court
Southern District of Texas
ENTERED

OCT 1 7 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| VICTOR HUGO CAMARILLO, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> PHILLIP TUTAK, INTERIM DISTRICT ) <br> DIRECTOR, BUREAU OF IMMIGRATION ) <br> & CUSTOMS ENFORCEMENT ) <br> ) <br> Respondent. ) <br> ) | B-03-181 <br><br> CIVIL ACTION NO. <br> M-03-101 |

## ORDER GRANTING
## MOTION TO DISMISS WITH PREJUDICE

CAME ON to be heard on this day VICTOR HUGO CAMARILLO's Motion to Dismiss with Prejudice, in which the Petitioner advises the Court that it has resolved all matters in dispute in this lawsuit against PHILLIP TUTAK AS INTERIM DISTRICT DIRECTOR, BUREAU OF IMMIGRATION & CUSTOMS ENFORCEMENT and requested that Plaintiff's claims against Respondent PHILLIP TUTAK AS INTERIM DISTRICT DIRECTOR, BUREAU OF IMMIGRATION & CUSTOMS ENFORCEMENT be dismissed in their entirety and with out prejudice. The Court, having considered the plaintiff's motion, is of the opinion that it should be granted.

IT IS THEREFORE ORDERED that Petitioner's lawsuit against Respondent PHILLIP TUTAK AS INTERIM DISTRICT DIRECTOR, BUREAU OF IMMIGRATION & CUSTOMS ENFORCEMENT is hereby dismissed with out

prejudice; and, IT IS FURTHER ORDERED that all costs and expenses, including attorneys' fees, are to be borne by the party incurring same.

Signed this 16th day of October, 2003 in McAllen, Texas.

PRESIDING JUDGE